## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bean, Beverly D

Printed:  10/7/08

Case Number:  06 B 01867
Judge:  Wedoff, Eugene R
Filed:  2/28/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed - No Disch:  October 2, 2008
Confirmed:  April 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 54,828.00 |  |
| Secured: |  | 21,768.24 |
| Unsecured: |  | 28,350.62 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,485.20 |
| Trustee Fee: |  | 3,223.94 |
| Other Funds: |  | 0.00 |
| Totals: | 54,828.00 | 54,828.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,485.20 | 1,485.20 |
| 2. | Wells Fargo | Secured | 13,397.37 | 10,845.49 |
| 3. | City Of Chicago | Secured | 403.77 | 403.77 |
| 4. | Nuvell Credit Company LLC | Secured | 7,128.23 | 7,128.23 |
| 5. | Cook County Treasurer | Secured | 613.17 | 250.00 |
| 6. | Wells Fargo | Secured | 18,597.20 | 3,140.75 |
| 7. | United States Dept Of Education | Unsecured | 2,764.00 | 14,557.89 |
| 8. | Peoples Energy Corp | Unsecured | 188.57 | 993.18 |
| 9. | United States Dept Of Education | Unsecured | 782.53 | 4,121.57 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 272.69 | 1,436.24 |
| 11. | Aspire Visa | Unsecured | 137.23 | 722.81 |
| 12. | Nuvell Credit Company LLC | Unsecured | 1,228.13 | 6,468.51 |
| 13. | City Of Chicago | Unsecured | 9.57 | 50.42 |
| 14. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
| 15. | Friedman & Wexler LLC | Unsecured |  | No Claim Filed |
| 16. | First Premier | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 47,007.66 | $ 51,604.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 167.58 |
| 5% | 228.66 |
| 4.8% | 440.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bean, Beverly D

Printed:  10/7/08

Case Number:  06 B 01867

Judge:  Wedoff, Eugene R

Filed:  2/28/06

| | |
|---|---|
| 5.4% | 416.15 |
| 6.5% | 1,970.91 |
| | _____ |
| | $ 3,223.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: